**Willa Dean HOWELL, individually and as administratrix of the estate of Van Howell, Lisa Howell, through her natural guardian and next friend Willa Dean Howell, and Lori Miller, Plaintiffs–Appellees,**

v.

**David C. EVANS, Etc., Commissioner, Dept. of Corrections, et al., Defendants,**

**Edward M. Mendoza, M.D., Correctional Medical Systems, Inc. and Charles Burden, individually and as Superintendent of Augusta Correctional and Medical Institution, Defendants–Appellants.**

No. 89–8455.

United States Court of Appeals, Eleventh Circuit.

April 29, 1991.

William P. Tinkler, Jr., Decatur, Ga., for Mendoza.

William B. Hill, Jr., Deputy Atty. Gen., Daryl A. Robinson, Cathy A. Cox, John C. Jones, Senior Asst. Atty. Gen., Atlanta, Ga., for Burden.

J. Vincent Cook, Cook, Noell, Tolley & Aldridge, Athens, Ga., Patrick T. Beall, Watkinsville, Ga., for plaintiffs-appellees.

Before KRAVITCH and ANDERSON, Circuit Judges, and GODBOLD, Senior Circuit Judge.

decision of this Court.

---

[*] Circuit Judges Thomas A. Clark, Stanley F. Birch and Joel F. Dubina did not participate in the

BY THE COURT:

Appellees' motion to withdraw the petition for rehearing and suggestion for rehearing en banc is GRANTED. As the case has settled, the opinion at 922 F.2d 712 is vacated, the judgment of the district court is vacated and the case is remanded to the district court with direction that the case be dismissed.